**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| T-JAT SYSTEMS 2006 LTD., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 16-581-RGA-MPT |
| | ) |
| EXPEDIA, INC., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15, and in light of Magistrate Judge Thygne's Report and Recommendation dated March 7, 2017 (ECF No. 20), the parties respectfully stipulate as follows, subject to the approval and order of the Court:

1. Both parties will forego their objections, if any, to Magistrate Judge Thygne's Report and Recommendation.

2. The parties respectfully ask the Court to grant leave to Plaintiff to file an amended complaint to address the issues raised in Magistrate Judge Thygne's Report and Recommendation. The parties ask the Court to grant Plaintiff 60 days to file the amended complaint—from the date of the Court's order—so that the parties have the opportunity to explore whether early resolution of this case is possible.

3. Defendants will review plaintiff's proposed amended complaint before it is filed to ensure that Defendants will not need to seek dismissal of the amended complaint on the same or similar grounds, *i.e.* failure to plead facts establishing defendants' vicarious liability for each others' actions. Defendants reserve their right to seek dismissal of the amended complaint on any other ground, including for example, seeking dismissal on the grounds that the asserted claims are directed to patent ineligible subject matter.

{01197744;v1 }                                    1

ASHBY & GEDDES

/s/ *John G. Day*
_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Plaintiff*

Dated: March 21, 2017

K&L GATES LLP

/s/ *Steven L. Caponi*
_____
Steven L. Caponi (#3484)
600 North King Street, Suite 901
Wilmington, DE  19801
(302) 416-7080
steven.caponi@klgates.com

*Counsel for Expedia, Inc.*

SO ORDERED, this _22_ day of _March_ , 2017. FN)

_____
Richard G. Andrews
United States District Judge

FN/ The Report and Recommendations (D.I. 20) are all ADOPTED. The motion to dismiss (D.I. 13) is GRANTED in part and DENIED in part.